# United States District Court
## Middle District of Louisiana



| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>LISA HOLLIDAY A/K/A LISA WOODWARD<br>(Defendant's Name) | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br>(For Offenses committed on or after November 1, 1987)<br><br>Criminal Number:   3:05CR00059-001-JVP<br><br>Marci Blaze, Esq.<br>Defendant's Attorney |

**THE DEFENDANT:**

[✔]  admitted guilt to violation of condition(s)  2, 3, and 4  of the term of supervision.
[ ]  was found in violation of condition(s) ___ after denial of guilt.

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| See next page. | | |

The defendant is sentenced as provided in pages 2 through  4  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[✔]     Violation #1, Mandatory Condition dismissed by counsel for government .

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

_____
Signature of Judicial Officer

JOHN V. PARKER, United States District Judge
Name & Title of Judicial Officer

December 18, 2008
Date

cc: USAtty

AO 245 D (Rev. 1/01) Judgment in a Criminal Case for Revocation Sheet I

CASE NUMBER: 3:05CR00059-001-JVP
DEFENDANT: LISA HOLLIDAY A/K/A LISA WOODWARD

Judgment - Page 2 of 4

## ADDITIONAL VIOLATION

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| 1 | "The defendant shall not commit another federal, state, or local crime." | |
| | On October 30, 2007, the defendant was arrested by the Lafayette Police Department and charged with disturbing the peace by fight. The charge has been accepted by the Lafayette City Prosecutor's Office, under docket number CC2008-1515. This matter is set for arraignment on August 11, 2008. | |
| 2 | "The defendant shall not illegally possess a controlled substance." | June 2, 2008 |
| | The defendant has tested positive for cocaine on two occasions, May 22, 2008 (specimen no. B01278525) and June 2, 2008 (B012178552) | |

| | | |
|---|---|---|
| CASE NUMBER: | 3:05CR00059-001-JVP | Judgment - Page 3 of 4 |
| DEFENDANT: | LISA HOLLIDAY A/K/A LISA WOODWARD | |

| | | |
|---|---|---|
| 3 | "The defendant shall participate in a substance abuse assessment and/or treatment program which may include urine testing and residential treatment, and shall assist in the cost of said treatment, as approved by the probation officer." | June 25, 2008 |
| | As noted in Violation Number 2, the defendant has tested positive for cocaine on May 22, and June 2, 2008, while also admitting to this usage. She also admitted on June 2, 2008 to her probation officer that she had been drinking excessively. | |
| | As a result of the above, efforts were made to place the defendant in inpatient treatment at Acadiana Recovery Center. She was set to attend on June 10, 2008, but failed to make her appointment citing car troubles. | |
| | Ms. Holliday was rescheduled for inpatient treatment on June 23, 2008. She was set to attend on June 10, 2008. She reported but was placed in University Medical Center Detox due to her drinking excessively over the previous weekend. However, on June 25, 2008 she left detox against medical advise. | |
| 4 | "The defendant shall participate in a mental health assessment and/or treatment program and shall assist in the cost of said treatment, as approved by the probation officer." | March 4, 2008 |
| | According to her assigned U.S. Probation Officer in Lafayette, Louisiana, she has not attended mental health treatment at the Family Tree in Lafayette, Louisiana since March 4, 2008. | |

AO 245B     (Rev. 03/01) Judgment in a Criminal Case
               Sheet 2 - Imprisonment

CASE NUMBER:    3:05CR00059-001-JVP                Judgment - Page 4 of 4
DEFENDANT:     LISA HOLLIDAY A/K/A LISA WOODWARD

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 6 months.

[ ]    The court makes the following recommendations to the Bureau of Prisons:

[✔]    The defendant is remanded to the custody of the United States Marshal.

[ ]    The defendant shall surrender to the United States Marshal for this district.
      [ ] at ___ on ___.
      [ ] as notified by the United States Marshal.

[ ]    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
      [ ] before _ on ___.
      [ ] as notified by the United States Marshal.
      [ ] as notified by the Probation or Pretrial Services Officer.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

                                                  _____
                                                  UNITED STATES MARSHAL

                                   By  _____
                                                  Deputy U.S. Marshal